IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0858
 ((((((((((((((((

 Wayne Scott And Gary Johnson, Texas Department Of Criminal Justice,

 v.

 CHARLES GODWIN

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate appeal, filed on November 3, 2004, is
granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is abated until further order of this Court and is
removed from the Court's active docket subject to reinstatement upon proper
motion. All other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. It is the parties'
responsibility to immediately notify this Court about any changes in status
in the settlement proceedings on or before November 30, 2004.

 Done at the City of Austin, this 12th day of November, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk